FILED

03/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0107

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0107

MICHAEL LEE McCLURE,

    Petitioner,

    v.

SHERIFF MIKE LINDER,
Yellowstone County Detention Center,

    Respondent.



FILED

MAR 1 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Representing himself, Michael Lee McClure has filed a Petition for a Writ of Habeas Corpus, raising issues related to his counsel's representation in a pending criminal case. He includes copies of several "kites", or grievances, he has sent to the State Office of Public Defender. McClure contends that his right to speedy trial has been violated; that he has not been to court since his initial appearance; that he has not met with his attorney; and that he has not been admitted to bail. McClure requests his immediate release.

We secured a copy of the register of actions from the Yellowstone County District Court. It shows that on February 23, 2021, McClure's counsel filed a Motion for Bond Reduction and to Set Bond Reduction Hearing. On March 2, before McClure's petition was filed with this Court, the District Court held a hearing on defense counsel's motion. The District Court granted the motion and issued an order the next day releasing McClure on his own recognizance. McClure's request for release is now moot. *Sebastian v. Mahoney*, 2001 MT 88, ¶ 7, 305 Mont. 158, 25 P.3d 163.

IT IS THEREFORE ORDERED that McClure's Petition for a Writ of Habeas Corpus is DENIED, as moot.

The Clerk is directed to provide a copy of this Order to Terry Halpin, Clerk of District Court, Yellowstone County, under Cause No. DC-20-1190; to Margaret Gallagher,

Yellowstone County Attorney's Office; to counsel of record; and to Sheriff Mike Linder. As McClure has been released and the Court does not have an address for him, the Clerk shall provide a copy of the Order to Blaine McGivern, Defense Counsel, who is directed to deliver a copy to Michael McClure personally.

DATED this 16th day of March, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices